UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD GROS, JR. | * | NO. |
| | * | |
| VERSUS | * | SECTION "     " |
| | * | |
| WAL-MART LOUISIANA, LLC | * | MAGISTRATE "     " |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

The complaint of Edward Gros, Jr. alleges, upon information and belief, as follows:

I.

Edward Gros, Jr. is a person of the full age of majority, and resident of the State of Louisiana.

II.

The defendant herein, **Wal-Mart Louisiana, LLC**, is a foreign limited liability company, having its principal place of business in a state other than Louisiana, but which is authorized to do and doing business in this State.

III.

The amount in controversy is in excess of $75,000, exclusive of interest and costs.

1

IV.

This Honorable Court has jurisdiction by virtue of diversity of citizenship.

V.

On or about December 3, 2011, plaintiff, Edward Gros, Jr., was shopping at Wal-Mart Store, #2665, located on Slidell, Louisiana.

VI.

While shopping at the store, Edward Gros, Jr., proceeded to the men's restroom located within Store #2665.

VII.

Although the entrance to the men's restroom was partially blocked by a cleaning cart, Edward Gros, Jr. was able to gain access to the men's restroom after being summons to enter by an employee of Wal-Mart Louisiana, LLC.

VIII.

As Edward Gros, Jr. entered the men's restroom, he slipped on the floor, which had been recently mopped by the Wal-Mart Louisiana, LLC employee.

IX.

The accident described above occurred because of the fault or neglect on the part of the defendant in the following manner:

(A)  Creating and/or causing a dangerous condition to exist through the failure to use reasonable care when cleaning the men's restroom;

(B)  Failure to adequately warn petitioner of the dangerous condition created by the employee;

(C) Failure to adequately warn petitioner of the employee's intention to continue cleaning the men's restroom while the petitioner was present;

(D) Failure to properly follow standard operating procedures for cleaning the men's restroom;

(E) Failure to properly supervise its employees;

(F) Failure to properly train its employees;

(G) Failure to follow applicable safety codes; and

(H) All other such acts of fault and/or neglect as may come to light during the discovery phase of this litigation.

XI.

As a result of the accident described above plaintiff has sustained serious injuries including but not limited to his right ankle.

XII.

As a result of the above described accident, plaintiff has sustained the following damages that he claims from the defendant:

| | | |
|---|---|---|
| (1) | Past and future medical expenses | $300,000 |
| (2) | Past and future pain and suffering | $300,000 |
| (3) | Past and future mental anguish, and emotional distress, disability and loss of impairment of the ability to enjoy life's pleasures | $300,000 |
| (4) | Past and future lost wages and lost of earning capacity | $500,000 |
| | **TOTAL** | **$1,400,000** |

3

XIII.

Plaintiff is entitled to and hereby demands trial by jury with regard to the above issues.

**WHEREFORE**, plaintiff prays that the defendant be cited and served with a copy of this Complaint compelling them to appear and answer same, that after all due proceedings had herein, that there be judgment in favor of plaintiff and against defendant for all relief itemized above, together with all costs of these proceedings, interest from the date of judicial demand and any and all other relief which may be available under the circumstances.

Respectfully submitted,

SILBERT & GARON, L.L.P.

_____
JONATHAN P. FRIEDMAN (25675)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504/581-6200
Facsimile: 504/584-5270
Attorney for Plaintiff, Edward Gros, Jr.

**PLEASE SERVE:**

**Wal-Mart Louisiana, LLC**
Through its Agent for Service:
CT Corporation Systems
5615 Corporate Blvd., Suite 400-B
Baton Rouge, LA 70808

4