UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD GROS, JR. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | |
| VERSUS | * | NO. 2:12-cv-2296-LMA-KWR |
| | * | |
| WAL-MART LOUISINA, L.L.C. | * | SECTION "I" |
| | * | |
| | * | |
| Defendant | * | MAGISTRATE JUDGE (4) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO DISMISS WITH PREJUDICE

**ON MOTION** of defendant, Wal-Mart Louisiana, L.L.C., and plaintiff, Edward Gros, Jr., appearing herein through undersigned counsel of record, and on suggesting to the Court this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
THOMAS P. ANZELMO (#2533)
ISIDRO RENÉ DEROJAS (#18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, Louisiana 70112
Telephone: (504) 831-0946
Facsimile: (800)-977-8810
*COUNSEL FOR DEFENDANT*

_____
JONATHAN P. FRIEDMAN (#25675)
SILBERT, GARON, PITRE & FRIEDMAN
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: (504) 581-6200
Facsimile: (504) 584-5270
*COUNSEL FOR PLAINTIFF*